**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2**
**Eastern Division**

Cynthia Vann–Foreman

                                  Plaintiff,

v.                                                      Case No.: 1:19–cv–08069
                                                            Honorable Robert W. Gettleman

Illinois Central Railroad Company

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 30, 2020:

      MINUTE entry before the Honorable Jeffrey Cole: In light of the Third Amended General Order 20–0012 and the present situation, the 5/11/20 status hearing is stricken and reset to 6/4/20 at 10:30am. The status will be held by telephone and counsel should call 888–684–8852, access code 5618926. Mailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.